SCANNED

2:16-cr-158-DBH

## Indictment Synopsis

| | |
|---|---|
| **Name:** | Kristen Zuschlag |
| **Address:** (City & State Only) | Ellijay, Georgia |
| **Year of Birth and Age:** | 1963 53 years old |
| **Violations:** | Count One: False statement relating to a health care matter, in violation of 18 U.S.C. § 1035<br><br>Count Two –Obstruction of a Federal Audit, in violation of 18 U.S.C. § 1516. |
| **Penalties:** | Count One: Imprisonment of not more than 5 years (18 U.S.C. §1035), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>This count is a Class D felony pursuant to 18 U.S.C.§3559(a)(4).<br><br>Count Two: Imprisonment of not more than 5 years (18 U.S.C. §1516), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>This count is a Class D felony pursuant to 18 U.S.C.§3559(a)(4) |
| **Supervised Release:** | Counts One and Two: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Each Count: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Each Count: 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | Bruce Merrill, Esq. |

2016 NOV 15 P 4:04

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | S/A Colleen Fleming |
| **Detention Status:** | Summons requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Mainecare |
| **Assessments:** | $100 per count |