U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

APR 13 2017

CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

# Superseding Indictment Synopsis

| | |
|---|---|
| **Name:** | Robert Zuschlag |
| **Address:**<br>**(City & State Only)** | Ellijay, Georgia |
| **Year of Birth and Age:** | 1959 57 years old |
| **Violations:** | Count Three: Conspiracy to Commit Health Care Fraud, in violation of 18 USC 1349<br><br>Count Four: Health Care Fraud, in violation of 18 USC 1347<br><br>Counts Six, Nine, Twelve, Fifteen: False Tax Return, in violation of 26 USC 72016(1)<br><br>Counts Eight, Eleven, Fourteen: Assisting in Preparation of False tax Form, in violation of 26 USC 7206(1)<br><br>Count Sixteen: Conspiracy to Defraud the United States, in violation of 18 USC 371.<br><br>Count Seventeen: Money Laundering Conspiracy, in violation of 18 USC 1956(h)<br><br>Count Eighteen: Money Laundering, in violation of 18 USC 1957. |
| **Penalties:** | Counts Three and Four: Imprisonment of not more than 10 years (18 U.S.C. §1347), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>Each count is a Class C felony pursuant to 18 U.S.C.§3559(a)(4)<br><br>Counts Six, Eight, Nine, Eleven, Twelve, Fourteen, and Fifteen: Imprisonment of not more than 3 years (26 U.S.C. §7206), and a fine not to exceed one hundred thousand dollars ($100,000) and costs of prosecution, or both. (26 U.S.C. §7206).<br><br>Each count is a Class E felony pursuant to 18 U.S.C.§3559(a)(4) |

| | |
|---|---|
| | Count Sixteen: Imprisonment of not more than 5 years (18 U.S.C. §371), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>This count is a Class D felony pursuant to 18 U.S.C.§3559(a)(4)<br><br>Count Seventeen and Eighteen: Imprisonment of not more than 10 years (18 U.S.C. §1957), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>Each count is a Class C felony pursuant to 18 U.S.C.§3559(a)(4) |
| **Supervised Release:** | Counts Three, Four, and Sixteen-Eighteen: Not more than 3 years, 18 USC §3583(b)(2)<br>Counts Six, Eight, Nine, Eleven, Twelve, Fourteen, and Fifteen: Not more than 1 year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts Three, Four, and Sixteen-Eighteen: Not more than 2 years, 18 USC §3583(e)<br><br>Counts Six, Eight, Nine, Eleven, Twelve, Fourteen, and Fifteen: Not more than 1 year. 18 U.S.C. § 3583(e). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts Three, Four, and Sixteen-Eighteen:: 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583.<br><br>Counts Six, Eight, Nine, Eleven, Twelve, Fourteen, and Fifteen: 1 Year less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | Peter Rodway, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | S/A Colleen Fleming |
| **Detention Status:** | Summons Requested |

| | |
|---|---|
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Mainecare |
| **Assessments:** | $100 per count |